# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMBER BALOV,<br><br>    Defendant. | Case No. 2:22-mj-939-NJK<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

The Stipulation is entered into for the following reasons:

1. The parties have resolved this case, but need additional time to execute a written plea agreement.

2. Ms. Balov is attending school and taking care of her children. Her usual days off are Tuesdays and Thursdays.

3. In order to accommodate Ms. Balov's school schedule and to finalize plea negotiations, the parties request a brief continuance.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly resolve this case, taking into account the exercise of due diligence.

/// /// ///

3

**ORDER**

IT IS FURTHER ORDERED the bench trial set for April 26, 2023 at 9:00 am is vacated and set for a change of plea on May 30, 2023, at 10:00 a.m. in Courtroom 3C.

DATED: April 20, 2023.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE