ANDREW WONG, ESQ.
Nevada Bar No. 14133
VEGAS GOLDEN LAW
500 Rose Street
Las Vegas, NV 89106
Phone (702) 385-7170
Email: vegasgoldenlaw@gmail.com

Attorney for Defendant- Amber Balov

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMBER BALOV,<br><br>    Defendant. | Case No. 2:22-mj-00939-NJK<br><br>**STIPULATION TO TERMINATE UNSUPERVISED PROBATION AND CLOSE CASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Andrew Wong, counsel for Amber Balov, that the case be closed and any remaining term of unsupervised probation be terminated.

The Stipulation is entered into for the following reasons:

1. On May 30, 2023, Ms. Balov guilty to one misdemeanor count of boating under the influence. The court sentenced her to a 18 months unsupervised probation, 80 hours of community service, a $10 special assessment, DUI course and victim-impact panel, 60 alcoholics anonymous meetings and a six-month Lake Mead National Recreation Area restriction.

2. Ms. Balov has completed all her requirements. Defense counsel has provided proof of the meetings and classes to the government.

3. The government confirms that Ms. Balov has stayed out of trouble for the past year and stayed out of the Lake Mead National Recreation Area.

4. Because Ms. Balov has completed all his requirements and successfully stayed out of trouble and out of the Lake Mead National Recreation Area, the parties request that the Court terminate any remaining portion of unsupervised probation.

DATED: May 30, 2024.

By /s/ Andrew Wong
Andrew Wong
Counsel for Amber Balov

JASON FRIERSON
United States Attorney

By /s/ Lauren Ibanez
LAUREN IBANEZ
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>AMBER BALOV,<br><br>        Defendant. | Case No. 2:22-mj-939-NJK<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On May 30, 2023, Ms. Balov pled guilty to one misdemeanor count of boating under the influence. The court sentenced her to a 18 months unsupervised probation, 80 hours of community service, a $10 special assessment, DUI course and victim-impact panel, 60 alcoholics anonymous meetings and a six-month Lake Mead National Recreation Area restriction.

2. Ms. Balov has completed all her requirements. Defense counsel has provided proof of the meetings and classes to the government.

3. The government confirms that Ms. Balov has stayed out of trouble for the past year and stayed out of the Lake Mead National Recreation Area.

4. Because Ms. Balov has completed all his requirements and successfully stayed out of trouble and out of the Lake Mead National Recreation Area, the parties request that the Court terminate any remaining portion of unsupervised probation.

.

## **ORDER**

IT IS ORDERED that any remaining term of unsupervised probation is TERMINATED.

DATED: May 31, 2024

_____
UNITED STATES MAGISTRATE JUDGE